

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-18-00603-CR

Brian Dwayne **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1568-CR-C
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Appellant, pro se, has filed a motion requesting copies of police reports that were referred to in the testimony at trial, indicating his desire to use them in a petition for discretionary review or in an article 11.07 habeas proceeding. Appellant has been provided a complete copy of the appellate record in this appeal. The police reports were not admitted into evidence at trial and are not part of either the clerk's or reporter's record on appeal. Further, this court has no jurisdiction over and plays no role in any contemplated article 11.07 proceeding, and we are without power to compel production of the documents appellant seeks. *See In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). We therefore deny appellant's motion.

It is so **ORDERED** on August 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court